# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SHAVONNE LOWRY, on behalf of J.B.**

vs.                              CASE NUMBER: 3:09-CV-458 (GTS/VEB)

**MICHAEL J. ASTRUE, Commissioner of Social Security**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is ACCEPTED and ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is DENIED. Defendant's Motion for Judgment on the Pleadings is GRANTED. The Commissioner's decision denying disability benefits is AFFIRMED and Plaintiff's Complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of March, 2011.

DATED: March 30, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk